

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 20−03049

---

IN THE MATTER OF:
    Bestwall LLC
        Debtor(s)

Case No.: 17−31795
Chapter: 11

---

Official Committee of Asbestos Claimants et al.
    Plaintiff(s)

vs.

Bestwall LLC et al.
    Defendant(s)

---

# NOTICE OF TRANSCRIPT FILING
# AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**PLEASE TAKE NOTICE** that a Transcript from the hearing held on December 17, 2020 in the above−named case has been filed on December 21, 2020 .

If you object to the entry of the un−redacted transcript, you will need to file with the court a Notice of Intent to Request for Redaction within seven (7) days of entry of the transcript. Within twenty−one (21) calendar days of filing of the transcript to the clerk, a Notice of Redaction with a specific request for redaction noting the page numbers and line numbers where redaction is required.

Pursuant to Bankruptcy Rule 9037(a) Personal data identifiers may include, but are not limited to: social security numbers, taxpayer identification numbers, financial account numbers, and should be limited in description to the last four digits; individuals known to be minor children to the initials and date of birth. The notice must indicate the location of the personal data identifiers, including the page and paragraph numbers of the transcript where the personal data identifiers are located.

**NOTICE IS FURTHER GIVEN** that remote public access to the transcript is restricted for 90−days after filing. The transcript may be viewed at the Bankruptcy Clerk's Office. During this time if you wish to obtain a copy of the transcript, please contact the following transcriber:

Janice Russell at 1418 Red Fox Circle, Severence, CO. 80550, and (757) 422−9089

At the end of the 90−day restriction period, if a redacted version of the transcript is NOT filed and if there are no redaction documents or motions linked to the transcript, the unredacted version will be made available via remote electronic access and at the public terminal for viewing and printing.

Dated: December 22, 2020

Steven T. Salata
Clerk of Court

Electronically filed and signed (12/22/20)